AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00474 |
|  | ) Assigned to: Judge Harvey, G. Michael |
| DeMarco L. Allgood, DOB: XX/XX/XXXX; | ) Assign Date: 6/14/2021 |
| Nathaniel L. Holmes, DOB: XX/XX/XXXX; | ) Description: COMPLAINT W/ ARREST WARRANT |
| Donaesha H. Hawkins, DOB: XX/XX/XXXX; and | ) |
| Malik T. Hill, DOB: XX/XX/XXXX | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 20, 2021 and April 21, 2021  in the county of _____ in the District of _____ Columbia _____, the defendant(s) violated:

| Code Section | Offense Description | Defendants(s) |
|---|---|---|
| 18 U.S.C. § 1201(a) | Kidnapping | DeMarco L. Allgood, Nathaniel L. Holmes, Malik T. Hill |
| 22 D.C. Code § 2001 | Kidnapping | Doneasha H. Hawkins |
| 22 D.C. Code § 3002 | First Degree Sexual Abuse | Nathaniel Holmes |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

ERIC WALSH, DETECTIVE, D.C. METROPOLITAN POLICE DEPARTMENT
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 06/14/2021

*Judge's signature*

City and state:  Washington, D.C.   G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*