UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | |
| : | **CRIMINAL NO. 21-CR-416 (RDM)** |
| **DEMARCO L. ALLGOOD,** : | |
| **NATHANIEL L. HOLMES, and** : | |
| **MALIK T. HILL,** : | |
| : | |
| **Defendants.** : | |

### DECLARATION OF AUSA ANGELA N. BUCKNER

1. My name is Angela N. Buckner. I am one of the Assistant United States Attorneys assigned to this case.

2. On June 22, 2021, the night before the detention hearings, I realized that the rebuttable presumption under 18 U.S.C. § 3142(e)(3) was not applicable because the indictment did not charge kidnapping of a minor.

3. On June 23, 2021, the same day as the detention hearings, I notified a supervisory AUSA that the government could not request the rebuttable presumption. We collectively noted that not including language regarding the victim's status as a minor was unintentional and an error. We agreed that we would eventually have to supersede the indictment, adding both the requisite language regarding the victim's age and subsection (g) of the statute (invoking the twenty-year mandatory minimum).

4. In subsequent conversations with the supervisory AUSA about the case and the grand jury investigation, we discussed, as part of one or more of those conversations, the need to supersede the indictment and add language regarding the victim's age and the mandatory minimum.

5. Because we hoped to identify additional perpetrators and bring charges as appropriate, we waited to supersede the indictment. To that end, we took several investigative steps. For example, in July 2021, I took part in an interview that led to the identification of a suspect involved in the alleged offenses. The government was not able to make use of that information before the December 3, 2021, status hearing, the day the trial date was set.

6. In July 2021, the government sought and obtained legal authorization to search the minor victim's call detail and historical cell site records. We received a response in August 2021.

7. In September 2021, the government sought and obtained legal authorization to search the minor victim's Instagram account. We received a response in November 2021.

8. In September 2021, and after several attempts, I interviewed an individual tangentially related to this case. That interview helped the government locate and arrange for a meeting with an essential witness who was present during parts of the alleged offenses. The essential witness was interviewed in November 2021.

9. In September 2021, the government sought and obtained legal authorization for buccal swabs from the charged defendants. Shortly thereafter, those buccals swabs were submitted for DNA testing. The results were received in December 2021.

10. On December 8, 2021, AUSA Emory V. Cole and I called counsel for each defendant for two reasons: (1) to provide notice that the government would be seeking a superseding indictment; and (2) to let each defendant know, through counsel, that the government remained open to discussions regarding a possible plea resolution.

11. During this call, Mr. Matthew Peed, counsel for defendant DeMarco L. Allgood, characterized the government's intent to supersede as using a sledgehammer to force a pretrial

disposition. Mr. Peed indicated that he was shocked the government would seek twenty years for the alleged offenses.

12. I do not recall Mr. Peed explicitly using the words "society's interest." To the extent that Mr. Peed used such a phrase, however, neither I, nor AUSA Cole, agreed with Mr. Peed's assessment of this case. We respectfully declined further debate. We did not agree with Mr. Peed that that the applicable mandatory minimum was not in the public's interest.

Dated: February 2, 2022          By:    /s/ Angela N. Buckner
                                        Angela N. Buckner
                                        DC Bar #1022880
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 Fourth Street, N.W.
                                        Washington, DC 20530
                                        Phone: (202) 252-2656