UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.      :       21-CR-416-02 (RDM)

NATHANIEL L. HOLMES     :

**DEFENDANT HOLMES'S UNOPPOSED MOTION
TO WITHDRAW MOTION TO COMPEL DISCOVERY**

On June 15, 2022, undersigned counsel filed Defendant Holmes's Motion to Compel Discovery, ECF No. 165, and counsel for codefendant Hill joined the motion at a status hearing on June 16, 2022. On June 23, 2022, government counsel agreed to produce:

(1) The Federal Bureau of Investigation (FBI) extraction of the complaining witness's cell phone beginning April 15, 2021 and through the date of the extraction in May 2021, redacting only the files associated with that extraction related to the issues raised by the government in Government's Opposition to Motion to Compel Discovery. The government will provide a Cellebrite reader for this extraction.

(2) A PDF file (more than 7,000 pages) with associated native files from the Metropolitan Police Department (MPD) extraction of the complaining witness's cell phone beginning April 15, 2021 and through the date of the extraction, April 22, 2021. The government will redact only the files raising the concerns addressed in the government's opposition.

(3) A redacted copy of the entire FBI extraction. This extraction redacts all images (video, photographs, embedded images, thumbnails, etc.). It is otherwise a complete copy of messages, texts, etc. The government will provide a Cellebrite reader to navigate through these files.

Undersigned counsel believes these productions are sufficient to address the concerns raised in the motion to compel. Given the government's agreement to produce these materials and the

availability of the remaining materials from the complaining witness's cell phone extractions at the United States Attorney's Office, undersigned counsel is not seeking any additional materials at this time. Counsel therefore respectfully requests leave to withdraw the motion to compel, without prejudice to re-raise the issue if the materials produced by the government are insufficient. Counsel for Mr. Hill concurs in this motion to withdraw.

    Counsel has conferred with government counsel, who do not oppose this motion to withdraw. All counsel request that the Court convert the June 29, 2022 hearing on the motion to compel to a status hearing on scheduling issues and hold the hearing by video conferencing.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500